IN RE: Larry Felentise RAMBERT, Movant.

No. 16-1807

United States Court of Appeals, Fourth Circuit.

Submitted: November 17, 2016

Decided: November 21, 2016

Larry Felentise Rambert, Petitioner Pro Se.

Before GREGORY, Chief Judge, and MOTZ and TRAXLER, Circuit Judges.

Petition denied by unpublished per curiam opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Larry Felentise Rambert petitions for a writ of mandamus, alleging that the dis-trict court has unduly delayed in ruling on various pending cases. He seeks an order from this court directing the district court and state court to act. We find the present record does not reveal undue delay in the district court. In addition, we do not have jurisdiction to grant mandamus relief against state officials. Accordingly, we grant leave to proceed in forma pauperis and deny the mandamus petition. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

PETITION DENIED